UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-21658-CIV-MORENO

DIEP VUONG,

        Plaintiff,

vs.

ETRO U.S.A., INC.,

        Defendant.

_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Notice of Settlement (**D.E. 13**), filed on **July 8, 2021**.  It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement.  The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement.  It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th of July 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record